ARCHIBALD STEWART agt. JOHN McMARTIN, Impleaded, &c.

A defendant who moves for leave to plead his bankrupt discharge *must swear to merits*, in addition to setting forth his discharge.

*December Term,* 1845.

MOTION by defendant McMartin, for leave to plead his bankrupt discharge.

This suit was commenced some year and a half after defendant McMartin had been discharged from his debts under the bankrupt law; on a note given by him previous to the application for his discharge. McMartin alleged he was [*39] ignorant of legal proceedings and when the *declaration was served on him, he did not trouble himself about it, supposing that his bankrupt's discharge which he had was a protection to him against any judgment, without any thing being done on his part, and did not consult any counsel on the subject, until a creditor's bill was served upon him, and alleged that the plaintiff and his attorneys well knew that he had been discharged. McMartin did not swear to merits on the motion; he set forth a copy of the discharge.

A. TABER, *defendant's counsel.*
COREY & VANDERVEER, *defendant s attorneys.*
N. HILL, JR., *plaintiff's counsel.*
BELDING & COCHRANE, *plaintiff's attorneys.*

JEWETT, Justice. Denied the motion with costs without prejudice, on the ground that the defendant had not made an affidavit of merits.